# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04-07885 |
| **Case Name:** | VERTICAL TECHNOLOGIES, INC. |
| | DBA VERTICAL TECHNOLOGIES INC |
| **Taxpayer ID #:** | 36-4377351 |
| **Period Ending:** | 11/08/08 |

| | |
|---|---|
| **Trustee:** | JOSEPH R. VOILAND (330380) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****11-19 - Time Deposit Account |
| **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 07/11/04 | | FUNDING ACCOUNT: ********1165 | | 9999-000 | 341,000.00 | | 341,000.00 |
| 07/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.7200% | 1270-000 | 134.56 | | 341,134.56 |
| 08/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.7200% | 1270-000 | 208.66 | | 341,343.22 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.7200% | 1270-000 | 202.06 | | 341,545.28 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.7200% | 1270-000 | 208.92 | | 341,754.20 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.7200% | 1270-000 | 202.30 | | 341,956.50 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.7200% | 1270-000 | 209.17 | | 342,165.67 |
| 01/10/05 | Int | JPMORGAN CHASE BANK | Interest posting at  0.7200% | 1270-000 | 60.75 | | 342,226.42 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at  0.8000% | 1270-000 | 159.06 | | 342,385.48 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at  0.8000% | 1270-000 | 210.18 | | 342,595.66 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at  0.8000% | 1270-000 | 232.86 | | 342,828.52 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 225.49 | | 343,054.01 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 233.17 | | 343,287.18 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 225.80 | | 343,512.98 |
| 07/12/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 82.83 | | 343,595.81 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 284.02 | | 343,879.83 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 277.56 | | 344,157.39 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 268.82 | | 344,426.21 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 278.01 | | 344,704.22 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 269.25 | | 344,973.47 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 278.44 | | 345,251.91 |
| 01/10/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.2000% | 1270-000 | 80.89 | | 345,332.80 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.2000% | 1270-000 | 271.07 | | 345,603.87 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.2000% | 1270-000 | 318.29 | | 345,922.16 |

| | **Subtotals :** | **$345,922.16** | **$0.00** | |
|---|---|---|---|---|

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-07885 | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|
| Case Name: | VERTICAL TECHNOLOGIES, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DBA VERTICAL TECHNOLOGIES INC | Account: | ***-*****11-19 - Time Deposit Account |
| Taxpayer ID #: | 36-4377351 | Blanket Bond: | $50,000,000.00   (per case limit) |
| Period Ending: | 11/08/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.2000% | 1270-000 | 352.73 | | 346,274.89 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.2000% | 1270-000 | 341.70 | | 346,616.59 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.2000% | 1270-000 | 353.44 | | 346,970.03 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.2000% | 1270-000 | 342.38 | | 347,312.41 |
| 07/11/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 114.20 | | 347,426.61 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 436.02 | | 347,862.63 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 458.24 | | 348,320.87 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 429.21 | | 348,750.08 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 459.40 | | 349,209.48 |
| 10/31/06 | | To Account #********1166 | transfer from CD to checking account | 9999-000 | | 348,750.08 | 459.40 |
| 11/05/06 | Int | Chase Bank | intererst | 1270-000 | 29.66 | | 489.06 |
| 11/05/06 | | chase bank | transfer of final interest payment to checking acct | 9999-000 | | -489.06 | 978.12 |
| 11/05/06 | | voiland | to correct previous erroneous entry | 9999-000 | | 489.06 | 489.06 |
| 11/05/06 | | voiland | transfer of final interest payment to checking account | 9999-000 | | 489.06 | 0.00 |

|  |  | Subtotals : | $3,316.98 | $349,239.14 |  |
|---|---|---|---|---|---|

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 04-07885 | **Trustee:** JOSEPH R. VOILAND (330380) |
| **Case Name:** VERTICAL TECHNOLOGIES, INC. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| DBA VERTICAL TECHNOLOGIES INC | **Account:** ***-*****11-19 - Time Deposit Account |
| **Taxpayer ID #:** 36-4377351 | **Blanket Bond:** $50,000,000.00  (per case limit) |
| **Period Ending:** 11/08/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 349,239.14 | 349,239.14 | $0.00 |
| | | | Less: Bank Transfers | | 341,000.00 | 349,239.14 | |
| | | | **Subtotal** | | **8,239.14** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,239.14** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 04-07885 | **Trustee:** JOSEPH R. VOILAND (330380) |
| **Case Name:** VERTICAL TECHNOLOGIES, INC. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| DBA VERTICAL TECHNOLOGIES INC | **Account:** ***-*****11-65 - Money Market Account |
| **Taxpayer ID #:** 36-4377351 | **Blanket Bond:** $50,000,000.00   (per case limit) |
| **Period Ending:** 11/08/08 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/04 | {1} | Enterprise Financial Group | proceeds from settlement of Dealer Technologies Inc. claim | 1121-000 | 341,945.00 | | 341,945.00 |
| 06/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.1500% | 1270-000 | 39.31 | | 341,984.31 |
| 07/11/04 | | ACCOUNT FUNDED: ********1119 | | 9999-000 | | 341,000.00 | 984.31 |
| 07/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.1500% | 1270-000 | 15.54 | | 999.85 |
| 08/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2000% | 1270-000 | 0.16 | | 1,000.01 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2000% | 1270-000 | 0.16 | | 1,000.17 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 0.18 | | 1,000.35 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 0.21 | | 1,000.56 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 0.21 | | 1,000.77 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at  0.3000% | 1270-000 | 0.25 | | 1,001.02 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at  0.3500% | 1270-000 | 0.24 | | 1,001.26 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at  0.3500% | 1270-000 | 0.30 | | 1,001.56 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 0.29 | | 1,001.85 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 0.30 | | 1,002.15 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4000% | 1270-000 | 0.32 | | 1,002.47 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 0.35 | | 1,002.82 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 0.38 | | 1,003.20 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5000% | 1270-000 | 0.39 | | 1,003.59 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 0.44 | | 1,004.03 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 0.45 | | 1,004.48 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.50 | | 1,004.98 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 0.57 | | 1,005.55 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 0.54 | | 1,006.09 |

| | | **Subtotals :** | **$342,006.09** | **$341,000.00** |
|---|---|---|---|---|

{} Asset reference(s)

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04-07885 |
| **Case Name:** | VERTICAL TECHNOLOGIES, INC. |
| | DBA VERTICAL TECHNOLOGIES INC |
| **Taxpayer ID #:** | 36-4377351 |
| **Period Ending:** | 11/08/08 |

| | |
|---|---|
| **Trustee:** | JOSEPH R. VOILAND (330380) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****11-65 - Money Market Account |
| **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 0.60 | | 1,006.69 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.64 | | 1,007.33 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.68 | | 1,008.01 |
| 06/22/06 | 1001 | Elaine Sellas | transcript fee - John Gallich dep | 2990-000 | | 136.80 | 871.21 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.66 | | 871.87 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.61 | | 872.48 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.59 | | 873.07 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.55 | | 873.62 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.61 | | 874.23 |
| 11/05/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 0.09 | | 874.32 |
| 11/05/06 | | To Account #********1166 | | 9999-000 | | 874.32 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 342,011.12 | 342,011.12 | $0.00 |
| Less: Bank Transfers | 0.00 | 341,874.32 | |
| **Subtotal** | 342,011.12 | 136.80 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$342,011.12** | **$136.80** | |

{} Asset reference(s)

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 04-07885 | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|
| Case Name: | VERTICAL TECHNOLOGIES, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DBA VERTICAL TECHNOLOGIES INC | Account: | ***-*****11-66 - Checking Account |
| Taxpayer ID #: | 36-4377351 | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 11/08/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/06 | | From Account #********1119 | transfer from CD to checking account | 9999-000 | 348,750.08 | | 348,750.08 |
| 10/31/06 | 101 | Chalmers & Nagel, P.C. Trust Account | payment of secured claim per Court order | 4210-000 | | 105,000.00 | 243,750.08 |
| 10/31/06 | 102 | Petti Murphy & Associates | payment per letter agreement dated 9/20/06 | 8500-002 | | 88,254.01 | 155,496.07 |
| 10/31/06 | 103 | Michael McDonnell | payment per settlement agreement dated 9/21/2006 | 8500-002 | | 131,369.69 | 24,126.38 |
| 11/05/06 | | Chase Bank | transfer of final interest payment from TDA to checking account | 9999-000 | 489.06 | | 24,615.44 |
| 11/05/06 | | From Account #********1165 | | 9999-000 | 874.32 | | 25,489.76 |
| 11/05/06 | 104 | Michael Mcdonnell | final payment (final interest distribution from Chase Bank) | 8500-002 | | 489.76 | 25,000.00 |
| 11/05/06 | 105 | Joseph R. Voiland | payment of 506 (c) expenses per Court order | 2200-000 | | 25,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | **350,113.46** | **350,113.46** | **$0.00** |
| Less: Bank Transfers | 350,113.46 | 0.00 |
| **Subtotal** | **0.00** | **350,113.46** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$0.00** | **$350,113.46** |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04-07885 |
| **Case Name:** | VERTICAL TECHNOLOGIES, INC. |
| | DBA VERTICAL TECHNOLOGIES INC |
| **Taxpayer ID #:** | 36-4377351 |
| **Period Ending:** | 11/08/08 |

| | |
|---|---|
| **Trustee:** | JOSEPH R. VOILAND (330380) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****11-66 - Checking Account |
| **Blanket Bond:** | $50,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| CD # ***-*****11-19 | 8,239.14 | 0.00 | 0.00 |
| MMA # ***-*****11-65 | 342,011.12 | 136.80 | 0.00 |
| Checking # ***-*****11-66 | 0.00 | 350,113.46 | 0.00 |
| | $350,250.26 | $350,250.26 | $0.00 |